IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2015 JUN 22  PM 2: 37
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
           DEPUTY

| | |
|---|---|
| CRYSTAL DRAPER, INDIVIDUALLY AND ON BEHALF OF THE ESTATES OF K.D. AND K.D., MINORS AND AS NEXT FRIEND OF K.D. AND K.D., MINORS; AND ROBBY DRAPER, INDIVIDUALLY AND ON BEHALF OF THE ESTATES OF K.D. AND K.D., MINORS AND AS NEXT FRIEND OF K.D. AND K.D., MINORS;<br>      Plaintiffs,<br><br>-vs-<br><br>NISSAN NORTH AMERICA, INC., NISSAN MOTOR COMPANY, LTD.,<br>      Defendants. | CAUSE NO.:<br>A-15-CA-00503-SS |

### ORDER

BE IT REMEMBERED on this day there was presented to the Court the Notice of Dismissal [#3] filed by the plaintiffs in the above-styled and numbered cause, and after consideration of the same, the Court enters the following orders:

IT IS ORDERED that the Notice of Dismissal [#3] is GRANTED in all respects and this lawsuit is hereby DISMISSED without prejudice.

SIGNED this the 22nd day of June 2015.

*/s/ Sam Sparks*
UNITED STATES DISTRICT JUDGE